U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2023 MAY 25 PM 2: 10

CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

ASHLEY HOSTETTER, as )
ADMINISTRATOR of the )
ESTATE OF ANNABETH )
ROSE HOSTETTER, and ASHLEY )
HOSTETTER and WARREN )
HOSTETTER, INDIVIDUALLY, )
    Plaintiffs, )
     )
v. )   Case No. 2:21-cv 52-cr
     )
UNITED STATES OF AMERICA, )
    Defendant. )

## ORDER

On **May 25**, 2023, the above-captioned matter came on for hearing and approval by the Court as to the reasonableness of a settlement between Plaintiffs Ashley Hostetter, as Administrator of the Estate of Annabeth Rose Hostetter, and Ashley Hostetter and Warren Hostetter individually, (collectively, "the Plaintiffs), and Defendant, the United States of America (the "United States").

The complete and precise terms and conditions of the settlement are set forth in the Stipulation for Compromise Settlement and Release (hereinafter "Stipulation"), attached as Exhibit 1. The Court has reviewed the Stipulation, the Parties' Stipulated Motion for Approval of the Settlement, and the documents submitted in support of the motion. The Court is fully informed of the specifics of the full and final terms and conditions of the settlement. The Court finds that the terms and conditions of this settlement, as set forth in the Stipulation, are fair, reasonable, and in the best interests of the Estate of Annabeth Rose Hostetter.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the settlement, as set forth in Exhibit 1, is hereby approved.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the settlement amount of Three Million Five Hundred Thousand Dollars ($3,500,000.00) (hereinafter "Settlement Amount") shall be distributed according to the terms and conditions of the Stipulation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that attorneys' fees to Harding Mazzotti, LLP in this action shall be set at $1,000,000.00, an amount not exceeding 25% of the Settlement Amount, and shall be paid as provided in the Stipulation. The Court finds that the reimbursable costs and expenses associated with the litigation are $146,937.13, which costs and expenses will be assumed by Plainitffs' attorneys. It is hereby ordered that such costs and expenses are approved and are to be paid as provided in the Stipulation.

SO ORDERED:

_____
HONORABLE CHRISTINA REISS, JUDGE
UNITED STATES DISTRICT COURT

Dated: 5/25/23